IN RE: CASE NO. 08-52503-S

JACQUELYN M. WRIGHT-REVLOCK            CHAPTER 7

    Debtor                        REPORT OF DIVIDEND
                                         UNDER FIVE DOLLARS

FILED 2009 AUG 27 AM 10:33 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

     Harold A. Corzin, Trustee herein, reports that check #107 in the amount of $1.47 was issued on August 19, 2009 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                           Amt. of Dividend

Claim #6        Recovery Management Systems        $   1.47
                 Corporation For GE Money Bank
                 dba OLD NAVY
                 25 SE 2nd Ave Ste 1120
                 Miami, FL 33131

TOTAL:                                                        $   1.47

*ck # 107*
*receipt # 80864*

                                       _____
                                       HAROLD A. CORZIN, TRUSTEE
                                       304 N. Cleveland-Massillon Rd.
                                       Akron, Ohio 44333
                                       (330) 670-0770

August 19, 2009